1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                                    Petitioner,

              v.

SOO HYUN CHO, as President of
CHOS FARM, INC.,

                                    Respondent.

No. MC13-5026BHS/JRC

ORDER OF REFERENCE AND
DIRECTING RESPONDENT TO
SHOW CAUSE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

          Upon the Petition of the United States Attorney for the above-named district, and the

exhibits attached thereto, including the declaration of investigating Revenue Officer Kitrina

Adams, it is hereby ORDERED THAT:

          1.          The Petition herein is referred to United States Magistrate Judge **J. Richard**

**Creatura** pursuant to 28 U.S.C. § 636(b)(1).  The Magistrate Judge shall review all

pleadings, shall determine whether a hearing is required, shall schedule and preside over

such hearing, and shall take such other actions as he deems necessary to

ORDER OF REFERENCE AND DIRECTING
RESPONDENT TO SHOW CAUSE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  accomplish the purposes of the Order.  The Magistrate Judge shall thereafter submit his/her

2  proposed Order, proposed Findings of Fact and Conclusions of Law, or such other

3  documents as he/she deems appropriate.  The originals thereof shall be filed with the Clerk,

4  and copies provided to all parties.

5       2.    A copy of this Order, together with the Petition and Exhibits thereto, shall be

6  personally served upon the respondent (or left with a person of suitable age and discretion at

7  the respondent's residence) within three (3) weeks of the date of this Order.  Within fourteen

8  (14) days thereafter, the petitioner shall file proof of service, or shall seek additional time to

9  make such service.  If the petitioner fails to comply with this paragraph, this action shall be

10  subject to dismissal forthwith.

11       3.    The respondent may file with the Court, not later than two (2) weeks after

12  service of this Order upon him, a statement detailing any objections to enforcement of the

13  Internal Revenue Service summons.  When factual issues are raised, the statement shall be

14  accompanied by an affidavit, giving the facts on which the objections are based.  A copy of

15  this statement and/or affidavit shall be served on the United States Attorney.

16       4.    If the Magistrate Judge finds from the statement of objections and any

17  accompanying affidavit that there are no questions of material fact and that the petitioner is

18  entitled to enforcement of the summons as a matter of law, he/she shall recommend entry of

19  an Order Enforcing Summons without scheduling a hearing.  If the statement of objections

20  and any affidavit are sufficient to raise the possibility of a valid defense to the summons, the

21  Magistrate Judge shall schedule a hearing to consider the objections.

22       5.    Failure to file a timely statement of objections will result in enforcement of the

23  summons without any further pleadings.  Only those defenses asserted in the statement of

24  objections will be considered.

25

26

27

28

ORDER OF REFERENCE AND DIRECTING
RESPONDENT TO SHOW CAUSE - 2

1      6.      The Clerk shall forward copies of the Order to the above-named Magistrate

2   Judge and the United States Attorney.

3          DATED this 24th day of July, 2013.

4

5

6   _____

7   BENJAMIN H. SETTLE
    United States District Judge

8   Presented by:

9

10

11   /s/ Christina N. Dimock
12   CHRISTINA N. DIMOCK, WSBA #40159
     Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF REFERENCE AND DIRECTING
RESPONDENT TO SHOW CAUSE - 3