Judge Benjamin H. Settle
Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Petitioner,

v.

SOO HYUN CHO, as President of CHOS FARM, INC.,

Respondent.

No. 13-MC-5026-BHS-JRC

ORDER GRANTING UNITED STATES' WITHDRAWAL OF PETITION TO ENFORCE INTERNAL REVENUE SUMMONS

THIS MATTER, having come before the Court upon the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons; and the Court being fully advised in the premises; now, therefore, it is hereby

ORDER GRANTING U.S.' WITHDRAWAL
OF PETITION TO ENFORCE IRS SUMMONS - 1
(13-MC-5026-BHS-JRC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ORDERED that the United States' Withdrawal of Petition to Enforce Internal Revenue Service Summons be and hereby is GRANTED and the above-captioned action be and hereby is DISMISSED.

DATED this 7th day of January, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

RECOMMENDED for entry this
7th day of January, 2014.

/s/J. Richard Creatura
United States Magistrate Judge

Presented by:

 */s/ Christina N. Dimock*
Christina N. Dimock, WSBA #40159
Assistant United States Attorney

ORDER GRANTING U.S.' WITHDRAWAL
OF PETITION TO ENFORCE IRS SUMMONS - 2
(13-MC-5026-BHS-JRC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970